UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                    :
                                          :    Case No. 09-52281
Richard J. Bomgren,                       :    Chapter 7
                                          :    Judge Hoffman
        Debtor.                           :

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

    The attached check in the amount of $2.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Recovery Management Systems Corp. for GE Money Bank dba Sam's Club Discover 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 7 | $2.38 |
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 | |
| $2.38 | $2.38 | |

Dated: January 28, 2010                    /s/ Thomas McK. Hazlett
                                                         Thomas McK. Hazlett, Case Trustee

cc: U. S. Trustee

###